LODGED 2012 NOV 29 PM 3:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

FILED 2012 DEC -7 PM 2:27
CLERK U.S. DISTRICT COURT
CENT. DIST. OF CALIF.
RIVERSIDE
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES | CASE NUMBER |
| PLAINTIFF(S) | EDCV12-2107 TJH (DTBx) |
| V. | |
| ALL AMERICAN ASPHALT | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE |
| DEFENDANT(S) | |

IT IS ORDERED that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

___11/30/12___                                 ___[signature]___
Date                                            United States Magistrate Judge

---

IT IS RECOMMENDED that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency.
- [ ] Legally and/or factually patently frivolous
- [ ] Other: _____
- [ ] District Court lacks jurisdiction.
- [ ] Immunity as to _____

Comments: _____

_____                                    _____
Date                                           United States Magistrate Judge

---

IT IS ORDERED that the request of plaintiff to file the action without prepayment of the filing fee is:
    [ ] **GRANTED**    [ ] **DENIED** (See comments above).

_____                                    _____
Date                                           United States District Judge