# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 12-02107-TJH(DTBx) | Date | DECEMBER 13, 2012 |

| | |
|---|---|
| Title | FREDERICK JONES  v.  ALL AMERICAN ASPHALT |

| | |
|---|---|
| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) -NEW CASE BEFORE JUDGE HATTER

This action has been assigned to the calendar of the **HONORABLE TERRY J. HATTER, JR.,** United States District Judge.

Please include the initials **TJH** in all documents pertaining to this case, as documents are routed' using the judge's initials, **it is imperative** that the correct initials **TJH** be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Hatter's courtroom deputy clerk is Yolanda Skipper.  She can be reached at (213) 894-5276.

Judge Hatter's courtroom is located on the "Spring Street" level of the Spring Street Courthouse, Courtroom No. 17.

Additional information about Judge Hatter's procedures and schedules can be found on the court's website at **www.cacd.uscourts.gov**.

Counsel for Plaintiff shall immediately serve this Order on all parties, including any new parties to the action and file the proofs of service with the Court.

IT IS SO ORDERED.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |