1 | Denise Hulett, Bar No: 121553          (415) 864-8848
  | LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
2 | 180 Montgomery Street
  | San Francisco, CA  94104
3
4 | Representing: Plaintiff          File No.435

8        United States District Court, Central District of California

9        Central District of California - District - Los Angeles - 312 N.

12 | Frederick Jones

                                                    e No: ED CV  12-02107 TJH (DT|

                   Plaintiff/Petitioner             Proof of Service of:
                          vs.                       Civil Minutes-General

16 | All American Asphalt

                   Defendant/Respondent
                                                    Service on:
                                                    All American Asphalt


                                                    Hearing Date:
                                                    Hearing Time:
                                                    Div/Dept:

PROOF OF SERVICE

OL# 6797704

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Denise Hulett, 121553<br>LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER<br>180 Montgomery Street<br>San Francisco, CA 94104 | (415) 864-8848 | |
| | Ref. No. or File No.<br>435 | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF:
Frederick Jones

DEFENDANT:
All American Asphalt

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>ED CV 12-02107 TJH (DTBx) |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Civil Minutes-General

**BY FAX**

2. Party Served:          All American Asphalt

3. Person Served:         Mark Luer – Person authorized to accept service of process

   a. Left with:          NICOLE "DOE" (W/F/BrHr/5'6"/145lb/35)- Person in Charge of Office

4. Date & Time of Delivery:  12/17/2012      1:15 PM

5. Address, City and State:  400 E. Sixth Street
                             Corona, CA 92879

6. Manner of Service:    By leaving the copies with or in the presence of NICOLE "DOE" (W/F/BrHr/5'6"/145lb/35), (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $63.15

Registered California process server.
County: RIVERSIDE
Registration No.: 349

Matt Polan One Legal - 194-Marin 504 Redwood
Blvd #223 Novato, CA 94947 415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/18/2012 at Los Angeles, California.

Signature: _____
                Matt Polan
                OL# 6797704

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Denise Hulett, 121553<br>LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER<br>180 Montgomery Street | (415) 864-8848 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>435 | |
| Insert name of court, judicial district or branch court, if any:<br>United States District Court, Central District of California<br>312 N. Spring St. #G-8<br>Los Angeles, CA 90012 | | |
| PLAINTIFF:<br>Frederick Jones | | |
| DEFENDANT:<br>All American Asphalt | | |

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>ED CV 12-02107 TJH (DTBx) |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 12/18/2012, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Civil Minutes-General

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, CA, California, addressed as follows:

All American Asphalt
Mark Luer
400 E. Sixth Street
Corona, CA 92879

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $63.15

Mikhail Globus
Matt Polan
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/18/2012 at Los Angeles, California.

Mikhail Globus
OL# 6797704