RUTAN & TUCKER, LLP
Mark J. Payne (State Bar No. 157989)
mpayne@rutan.com
Brandon Sylvia (State Bar No. 261027)
bsylvia@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for Defendant
ALL AMERICAN ASPHALT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES,<br><br>   Plaintiff,<br><br>   vs.<br><br>ALL AMERICAN ASPHALT,<br>a corporation,<br><br>   Defendant. | Case No. ED CV 12-02107 TJH (DTBx)<br><br>**INITIAL DISCLOSURES OF DEFENDANT ALL AMERICAN ASPHALT**<br><br>**[F.R.C.P. Rule 26(a)]**<br><br>Date Action Filed:   December 7, 2012<br>Trial Date:                Not Assigned |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendant All American Asphalt ("All American") makes the following disclosures.

**PRELIMINARY STATEMENT**

These initial disclosures are based on the information reasonably available to All American at this time.  All American's investigation of this action has just begun, and Plaintiff has not yet provided any documents or discovery of any kind. Accordingly, All American may (1) identify additional witnesses likely to have discoverable information that All American may use to support its claims and defenses, and (2) identify and/or produce additional documents, data compilations or tangible things that All American may use to support its claims and defenses.  All

Rutan & Tucker, LLP
attorneys at law

2403/017544-0039
5009627.1 a02/27/13

-1-

Case No.  ED CV 12-02107 TJH (DTBx)
DEFENDANT'S INITIAL DISCLOSURES

American hereby reserves its right to notify Plaintiff of any additional witnesses with discoverable information or documents that support All American's position.

All American understands the disclosure requirements to exclude the production of documents or identification of information protected by the attorney-client privilege and/or work product doctrine. All American, therefore, is not disclosing or producing any such information.

A. *Potential Witnesses*.

Pursuant to Rule 26(a)(1)(A), All American identifies the following individuals who have or may have discoverable information that All American may use to support its defenses. All American reserves the right under Rule 26(e)(1) of the Federal Rules of Civil Procedure to supplement this list of witnesses.

1. Frederick Jones, the plaintiff.

2. Darren Cook, Supervisor, who can be reached through All American's counsel of record.

3. Chuck Chaple, Dispatch Manager, who can be reached through All American's counsel of record.

B. *Documents*.

Pursuant to Rule 26(a)(1)(B), All American identifies the following categories of documents, electronically stored information, and tangible things it has in its possession, custody, or control that it may use to support its defenses in this action:

1. Doctors' notes provided by Plaintiff to All American concerning his medical conditions and inability to work.

2. Employee Job Time Reports for Plaintiff.

3. Employee Job Time Reports for other All American flat saw cutters—specifically, Eric Stengel, Jeff Turner, Gilbert Robles, and Alan Stauber.

4. Documents Plaintiff submitted to the California Department of Fair Employment & Housing.

Rutan & Tucker, LLP
attorneys at law

2403/017544-0039
5009627.1 a02/27/13

Case No. ED CV 12-02107 TJH (DTBx)
DEFENDANT'S INITIAL DISCLOSURES
-2-

5. Documents Plaintiff submitted to the U.S. Equal Employment Opportunity Commission.

6. All American policies prohibiting harassment and discrimination.

7. All American anti-harassment training materials and sign-in sheets.

C. *Insurance*.

At this time, All American is not aware of any insurance agreement responsive to Rule 26(a)(1)(D). All American reserves the right, however, to supplement this disclosure if a responsive agreement is later identified.

Dated: February 27, 2013

RUTAN & TUCKER, LLP
MARK J. PAYNE
BRANDON L. SYLVIA

By: /s/ Brandon L. Sylvia
Brandon L. Sylvia
Attorneys for Defendant
ALL AMERICAN ASPHALT

Rutan & Tucker, LLP
attorneys at law

2403/017544-0039
5009627.1 a02/27/13

-3-

Case No. ED CV 12-02107 TJH (DTBx)
DEFENDANT'S INITIAL DISCLOSURES