Denise Hulett (SBN 121553)
dhulett@las-elc.org
William C. McNeill III (SBN 64392 )
wcmcneill@las-elc.org
Claudia Center (SBN 158255)
ccenter@las-elc.org
The LEGAL AID SOCIETY --
   EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:   (415) 864-8848
Facsimile:    (415) 593-0096

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FREDERICK JONES, | Case No. 5:12-cv-02107-TJH-DTB |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ERRATA |
| ALL AMERICAN ASPHALT,  a corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that document number 13, Initial Disclosures Pursuant to FRCP Rule 26(A), erroneously e-filed today by Plaintiff Frederick Jones, was filed in error. A new Initial Disclosures Pursuant to FRCP 26(A) will be filed forthwith.

1

2   Dated:  February 28, 2013                    Respectfully submitted,

3                                                Denise Hulett
                                                 William C. McNeill, III
4                                                Claudia Center
                                                 LEGAL AID SOCIETY – EMPLOYMENT
5                                                LAW CENTER

6
                                                 Attorneys for Plaintiff FREDERICK JONES
7

8                                                By:  ___/s/  William C. McNeill III_____
                                                             William C. McNeill III
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28