Denise Hulett (SBN 121553)
dhulett@las-elc.org
William C. McNeill III (SBN 64392)
wcmcneill@las-elc.org
Claudia Center (SBN 158255)
ccenter@las-elc.org
The LEGAL AID SOCIETY --
  EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:   (415) 864-8848
Facsimile:   (415) 593-0096

**Attorneys for Plaintiff**
FREDERICK JONES,

RUTAN & TUCKER, LLP
Mark J. Payne (SBN 157989)
mpayne@rutan.com
Brandon Sylvia (SBN 261027)
bsylvia@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   (714) 641-5100
Facsimile:   (714) 546-9035

**Attorneys for Defendant**
ALL AMERICAN ASPHALT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JONES,<br><br>          v.<br><br>ALL AMERICAN ASPHALT, a corporation,<br><br>          Defendant. | Case No. 5:12-cv-02107-TJH-DTB<br><br>**ORDER OF DISMISSAL**<br>**[JS-6]** |

**ORDER OF DISMISSAL**
1

1
2      Based on the Joint Stipulation and representations from Defendants
3  and Plaintiffs, and good cause appearing, IT IS HEREBY ORDERED that
4  the above-caption action is dismissed with prejudice
5
6
7      **IT IS SO ORDERED.**
8
9  Dated: Dec. 30, 2013
10     _____
11         THE HONORABLE TERRY J. HATTER, JR.
12         UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER OF DISMISSAL**
2